**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 97-7875**

————————

ALLEN HARPER-EL,

                      Plaintiff - Appellant,

    versus

UNKNOWN POULTRY HOUSE OPERATORS, a/k/a Chicken
Farmers; UNKNOWN REGIONAL/NATIONAL POULTRY
PROCESSORS, a/k/a Poultry Producers; PRINCESS
ANNE/E.C.I. WASTEWATER TREATMENT FACILITY;
PARRIS GLENDENING, Governor; CURTIS DICKSON,
Administrator; EARL D. BESHEARS, Chief
Executive, Individually and in their business
and official capacity,

                      Defendants - Appellees.

————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-97-
3903-L)

————————

Submitted: July 2, 1998           Decided: July 21, 1998

————————

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior
Circuit Judge.

————————

Dismissed by unpublished per curiam opinion.

————————

Allen Harper-El, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant, a Maryland inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint under 28 U.S.C.A. § 1915(e)(2) (West Supp. 1998). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. Harper-El v. Unknown Poultry House Operators, No. CA-97-3903-L (D. Md. Dec. 5, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED